■ ROBERT FROMKIN et al. v. LAWRENCE HERMAN et al.— Motion to dismiss appeal from order entered on July 11, 1962 granted on consent. In all other respects the motion is denied. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ GENEVIEVE MEISNER et al. v. JOSEPH HEALEY et al.— Motions for an enlargement of time granted insofar as to extend the appellants' time to serve and file the record on appeal and appellants' points to and including January 8, 1963, with notice of argument for the February 1963 Term of this court, said appeal to be argued or submitted when reached. If the appellants fail to file the record on appeal and appellants' points, together with a note of issue and notice of argument on or before January 8, 1963 the plaintiffs may enter an order dismissing the appeal without notice. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ ALBERT B. LONG, JR., v. COLUMBIA UNIVERSITY, INC.— Motion to dispense with printing denied. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ ROSA RICHETTA et al. v. BARMIKE REALTY COMPANY et al.— Motions to dismiss appeal from the order entered May 4, 1962 granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before January 10, 1963, with notice of argument for January 22, 1963, said appeal to be argued or submitted when reached. That branch of the motions seeking to dismiss the appeal from the order entered on November 2, 1962 is denied with leave to renew upon the argument of the appeal. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WILLIE JOYNER.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ In the Matter of the Claim of STANLEY SMITH v. NEW YORK CITY TRANSIT AUTHORITY.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before January 10, 1963, with notice of argument for January 22, 1963, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ANTHONY INSETTA.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before February 5, 1963, with notice of argument for the March 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ CHARLES I. GOLDMAN v. ISGOOD STOTTVILLE REALTY CORP. et al.— Motion to dispense with printing denied. That branch of the motion seeking consolidation granted insofar as to allow appellant to have the appeals heard in one appeal book, without duplication of printing. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ VITAFRANK RESTAURANT CORP. et al. v. ALCY HOLDING CORP.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before January 8, 1963, with notice of argument for the February 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.